**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jackson Bryant BAUGUS, Defendant— Appellant.**

No. 05–30618.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided May 3, 2006.

James E. Seykora, Esq., Eric B. Wolff, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Bryan Norcross, Esq., Helena, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Jackson Bryant Baugus appeals the district court's September 28, 2005, order confirming his 319–month sentence following this court's remand in *United States v. Baugus,* 137 Fed.Appx. 962 (9th Cir.2005), in which we directed the district court to conduct further proceedings in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc).

Baugus contends that his sentence remains infirm under the Sixth Amendment because the district court confirmed a sentence that included an enhancement under U.S.S.G. § 3B1.1 (organizer, leader, manager, or supervisor) based on facts found by the district judge rather than proved to a jury beyond a reasonable doubt. This contention is meritless because the district court applied on remand the very procedure prescribed by this court to remedy the constitutional infirmity of letting stand a sentence based on judge-found facts under mandatory Sentencing Guidelines— *i.e.,* it determined that the original sentence would not have been materially different had it known the Guidelines were advisory. *Id.,* at 1084.

Because Baugus does not otherwise argue that his sentence, as confirmed, is unreasonable, we affirm. *United States v. Cantrell,* 433 F.3d 1269, 1281 (9th Cir. 2006) (explaining that we do not reach

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

whether a sentence is reasonable in light of 18 U.S.C. § 3553(a) where the defendant challenges the sentence only on other grounds).

**AFFIRMED.**